```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

MYKAYLA FAGNANI, ON BEHALF OF
HERSELF AND ALL OTHER PERSONS
SIMILARLY SITUATED,

                    Plaintiffs,

-against-

LEE & GEN GLOBAL CORPORATION,

                    Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _04/16/2024_

24 Civ. 1036 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On February 14, 2024, the Court ordered the parties to file a joint letter and jointly proposed case management plan by April 12, 2024. ECF No. 7. Those submissions are now overdue. Accordingly, by **April 30, 2024**, the parties shall file a joint letter and jointly proposed case management plan.

    SO ORDERED.

Dated: April 16, 2024
       New York, New York

                                                      ANALISA TORRES
                                                 United States District Judge