UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MYKAYLA FAGNANI, ON BEHALF OF
HERSELF AND ALL OTHER PERSONS
SIMILARLY SITUATED,

                Plaintiffs,

-against-

LEE & GEN GLOBAL CORPORATION,

                Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 04/17/2024
```

24 Civ. 1036 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed the proposed case management plan filed on April 16, 2024. ECF No. 12. The Court shall not endorse the plan in its current form. The parties have not completed Paragraph 10 of the proposed case management plan, which requires the parties to propose a mechanism and timing for alternative dispute resolution.

    Accordingly, by **April 24, 2024**, the parties shall submit a revised proposed case management plan.

    SO ORDERED.

Dated: April 17, 2024
       New York, New York

                                                  ANALISA TORRES
                                       United States District Judge