UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MYKAYLA FAGNANI, ON BEHALF OF
HERSELF AND ALL OTHER PERSONS
SIMILARLY SITUATED,

                             Plaintiffs,

                -against-

LEE & GEN GLOBAL CORPORATION,

                             Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  05/02/2024

24 Civ. 1036 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On April 17, 2024, the Court declined to endorse the parties' proposed case management plan because it did not specify a mechanism and timing for alternative dispute resolution, and ordered the parties to submit a revised plan by April 24, 2024. ECF No. 13. That submission is now overdue. Accordingly, by **May 9, 2024**, the parties shall file a joint letter and jointly proposed case management plan.

SO ORDERED.

Dated: May 2, 2024
New York, New York

ANALISA TORRES
United States District Judge